| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEW JERSEY | |
| Case number *(if known)* _____  Chapter __11__ | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
New World Stainless LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
26-0205889

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **100 Randolph Road** <br> **Somerset, NJ 08873** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Somerset** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
https://www.newworldstainless.com/

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **New World Stainless LLC**_____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3317__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **New World Stainless LLC** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   **Leased Property is subject to a judgment of possession currently under appeal and holds the debtor's equipment, inventory and business records.**

**Where is the property?**   **100 Randolph Road
Somerset, NJ, 08873-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **New World Stainless LLC**  Case number (*if known*)
Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **New World Stainless LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 10, 2021**
MM / DD / YYYY

X **/s/ Joseph Zielinskie**                                    **Joseph Zielinskie**
Signature of authorized representative of debtor            Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ David S. Catuogno**                                    Date **September 10, 2021**
Signature of attorney for debtor                                    MM / DD / YYYY

**David S. Catuogno DC-1397**
Printed name

**K&L Gates LLP**
Firm name

**One Newark Center**
**10th Floor**
**Newark, NJ 07102**
Number, Street, City, State & ZIP Code

Contact phone  **973-848-4023**          Email address  **david.catuogno@klgates.com**

**040511990 NJ**
Bar number and State

# CERTIFICATE OF LLC RESOLUTION OF
## New World Stainless LLC
(a New Jersey Limited Liability Company)

September 10, 2021

**THE UNDERSIGNED**, being the sole Members (the "Members") of New World Stainless LLC, a New Jersey limited liability company (the "Company"), hereby execute and adopt, by this Certificate of LLC Resolution, the following resolutions with the same force and effect as if they had been adopted by a duly convened meeting of the Members:

**WHEREAS**, the Members of the Company have reviewed the materials presented by the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Members of the Company have had the opportunity to consult with the management and the advisors of the Company and fully consider each of the strategic alternatives available to the Company;

**RESOLVED**, that in the judgment of the Members of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"); and

**RESOLVED**, that the Members, and any officers as may be designated by the Members of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain relief under chapter 11 of the Bankruptcy Code, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case; and

**RESOLVED**, that the Members and any Authorized Officer be, and they hereby are, authorized and directed to employ the law firm of K&L Gates LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Members and any Authorized Officer are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of K&L Gates LLP; and

**RESOLVED**, that the Members and any Authorized Officer be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Members and any

Authorized Officer are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the Members of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of LLC Resolution as of the date first written above.

*/s/ Joseph Zielinskie*　　　　　　　　　　*/s/ Cameron Zielinskie*
Name:  Joseph Zielinskie　　　　　　　　Name:  Cameron Zielinskie
Title:    Managing Member　　　　　　　Title:    Member

Accurate Transport
130 Moonachie Avenue
Carlstadt, NJ 07072


Affinity Federal Credit Union
PO Box 621
Basking Ridge, NJ 07920-0621


Air & Gas Technologies
42 Industrial Drive
Cliffwood Beach, NJ 07716


Airgas USA, LLC
PO Box 802576
Chicago, IL 60680-2576


Anthem Propane Exchange LLC
Superior Plus Energy Services Inc.
PO Box 981045
Boston, MA 02298-1045


Apple Fasteners, Inc.
PO Box 86
Middlesex, NJ 08846


B&L Printing Co., Inc.
46 Old Camplain Road
Hillsborough, NJ 08844


Bodycote Thermal Processing, Inc.
PO Box 842529
Boston, MA 02284-2529


Brown Engineering Company
PO Box 14356
Reading, PA 19612-4355


Buildingstars Operations, Inc.
PO Box 419161
Saint Louis, MO 63141


Chicago Roll Co.
970 Lombard Road
Lombard, IL 60148

Cincinnati Thermal Spray, Inc.
10904 Deerfield Road
Cincinnati, OH 45242


Comcast
PO Box 70219
Philadelphia, PA 19176-0219


Continental Calibration Co.
PO Box 353
Beachwood, NJ 08722


E.H. Wachs Company
PO Box 71598
Chicago, IL 60694-1598


Echo Global Logistics Inc.
Accounts Receivable
22168 Network Place
Chicago, IL 60673-1221


Econo-Courier
ECI Transport
PO Box 5655
Parsippany, NJ 07054


First Trust Bank
15 East Ridge Pike
Conshohocken, PA 19428


Garden State Wire EDM
73 George Street
Paterson, NJ 07503


GLT Transportation Group
#318 10 Canal Street
Miami, FL 33166


Hercules Forwarding Inc.
7701 West 95th Street
Hickory Hills, IL 60457


IFM Efector Inc.
PO Box 8538-307
Philadelphia, PA 19171-0307

```
Ink Jet Tech, Inc.
51 South Shore Drive
Sturbridge, MA 01566


Int'l Institute of Ammonia Refr.
1001 North Fairfax Street
Suite 503
Alexandria, VA 22314-1797


Integrity Express Logistics
62488 Collections Center Drive
Chicago, IL 60693-0624


International Imaging Materials, Inc.
3198 Momentum Place
Chicago, IL 60689-5331


Ivy "100 Rand Property LLC"
102 Chestnut Ridge Road
Montvale, NJ 07645


Ivy Realty Services, LLC
102 Chestnut Ridge Road
Montvale, NJ 07645


Joseph C. Zielinskie
100 Randolph Road
Somerset, NJ 08873


Joseph H. Zielinskie
4 Meadowbrook Club Way
Far Hills, NJ 07931


Liftec Inc.
124 Sylvania Place
South Plainfield, NJ 07080


Magnetic Analysis Corp.
PO Box 95000-5740
Philadelphia, PA 19195-5740


Manville Rubber Products, Inc.
1009 Kennedy Blvd.
Manville, NJ 08835
```

Document    Page 11 of 14

Metropolitan Life Ins. Co.
PO Box 804466
Kansas City, MO 64180-4466


MIT Inc.
1702 W. Boat Street
Ozark, MO 65721


MSC Industrial Supply Co. Inc.
PO Box 953635
Saint Louis, MO 63195-3635


Network Transport
UMB Capital FInance
NW 7939
PO Box 1450
Minneapolis, MN 55485-7939


Norris McLaughlin & Marcus PA
PO Box 5933
Bridgewater, NJ 08807


NSL Analytical Services, Inc.
PO Box 208657
Dallas, TX 75320-8657


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


Readyrefresh by Nestle
PO Box 856192
Louisville, KY 40285-6192


Reelcology Inc.
39 Transport Lane
PO Box 305
Pine Island, NY 10969


Rigidized Metals
658 Ohio Street
Buffalo, NY 14203

```
S&B Pallet Co. Inc.
191 North Avenue
PO Box 217
Dunellen, NJ 08812


Saia Motor Freight Line, Inc.
PO Box 730532
Dallas, TX 75373-0532


Sparkle Edge Cleaning Services, INc.
400 N. Bridge Street
Suite 2
Bridgewater, NJ 08807


Specialty Freight Services, Inc.
2 Poulson Avenue
Essington, PA 19029


Staffing Alternatives
622 Georges Road
Suite 201
North Brunswick, NJ 08902


Steel Sales
PO Box 10439
Pittsburgh, PA 15234


Stickel Packaging Supply
1991 Rutgers University Blvd.
Lakewood Industrial Park
Lakewood, NJ 08701


Sun-Tec
46590 Ryan Court
Novi, MI 48377


Sunteck Transport Co., LLC
PO Box 536665
Pittsburgh, PA 15253-5908


Teamlogic IT of Morristown, NJ
201 Littleton Road
Suite 240
Morris Plains, NJ 07950
```

```
Thyssenkrupp Materials NA, Inc.
PO Box 7247
Philadelphia, PA 19170-7500


Trak Machine Tools
2615 Homestead Place
Rancho Dominguez, CA 90220


Tribology Tech-Lube
35 Old Dock Road
Yaphank, NY 11980-9702


Tulnoy Lumber
1620 Webster Avenue
Bronx, NY 10457


Turner Machine Co., Inc.
1433 Salem Parkway
Salem, OH 44460


V.J. Technologies, Inc.
89 Carlough Road
Bohemia, NY 11716


Wanner's Transport & Delivery
Unit B-2
2049 Stout Drive
Warminster, PA 18974


Worldwide Express
PO Box 733360
Dallas, TX 75373
```

# United States Bankruptcy Court
### District of New Jersey

In re **New World Stainless LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **New World Stainless LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 10, 2021**

Date

**/s/ David S. Catuogno**
**David S. Catuogno DC-1397**
Signature of Attorney or Litigant
Counsel for **New World Stainless LLC**
**K&L Gates LLP**
**One Newark Center**
**10th Floor**
**Newark, NJ 07102**
**973-848-4023 Fax:973-848-4001**
**david.catuogno@klgates.com**